# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: Joseph Ignatius | Case No. 07 – 10179 |
| Debtor | Honorable Jack B. Schmetterer |
| | Chapter 7 |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

    **PLEASE TAKE NOTICE** that on the 7*th* *day of January, 2008, at 10:00 a.m.* or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Jack B. Schmetterer and present the attached *Motion of Ravenswood Bank for Final Extension of Time in Which to File Claim and Adversary Proceeding complaints to Object to a Discharge and/or to Determine the Dischargeability of a Debt*, in Room 682 at the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, at which time and place you may appear as you see fit. This is a Routine Motion pursuant to Local Rule 9013-9(A), and the proposed order submitted herewith may be entered by the Judge without presentment in open court unless a party in interest notifies the court of an objection thereto.

Dated: December 26, 2007

                                                                             Respectfully submitted,

                                                                             Ravenswood Bank, an Illinois banking corporation

                                                                             By:   /s/ Edward J. Halper
                                                                                    One of Its Attorneys

Edward J. Halper (#1107496)
Elizabeth J. Boddy (#6209768)
SHEFSKY & FROELICH, LTD.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000
Facsimile: (312) 527-4011
EHalper@shefskylaw.com
eboddy@shefskylaw.com
1070124_1

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and says that he/she caused a copy of the attached *Notice of Motion* and *Motion of Ravenswood Bank for Final Extension of Time in Which to File Claim and Adversary Proceeding complaints to Object to a Discharge and/or to Determine the Dischargeability of a Debt,* to be served on all parties on the attached service list via ECF and/or U.S. Mail, properly addressed and postage prepaid, on the 26th day of December, 2007 from 111 East Wacker Drive, Chicago, Illinois 60601.

/s/ Edward J. Halper
Edward J. Halper

**Case No. 07-10179**
**SERVICE LIST**

Joseph Ignatius
4904 South Indiana
Chicago, Illinois 60615
**(Via U.S. Mail)**

David S. Yen, Esq.
Legal Assistance Foundation of
  Metropolitan Chicago
111 West Jackson Blvd., 3rd Floor
Chicago, Illinois 60604
Fax: (312) 341-1041
dyen@lafchicago.org
davidsyen@yahoo.com

Robert J. Semrad, Esq.
Thomas Stahulak, Esq.
Kathern M. Williams, Esq.
ROBERT J. SEMRAD & ASSOCIATES
407 South Dearborn, 4th Floor
Chicago, Illinois 60605
Fax: (312) 913-0631
courtdocs@robertjsemrad.com
rsemrad@robertjsemrad.com
tstahulak@robertjsemrad.com
kwilliams@robertjsemrad.com

United Sates Bankruptcy Trustee
USTPRegion11.ES.ECF@usdoj.gov

Richard Fogel
Chapter 7 Trustee
rfogel@shawgussis.com
rfogel@ecf.epiqsystems.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: Joseph Ignatius | |
| | Case No. 07 – 10179 |
| Debtor | Honorable Jack B. Schmetterer |

## MOTION OF RAVENSWOOD BANK FOR FINAL EXTENSION OF TIME IN WHICH TO FILE CLAIM AND ADVERSARY PROCEEDING COMPLAINTS TO OBJECT TO A DISCHARGE AND/OR TO DETERMINE THE DISCHARGEABILITY OF A DEBT

Ravenswood Bank, a creditor in this action, moves this court for a final extension of time in which to file its claim and adversary proceeding complaints to determine the dischargeability of debt or objecting to the Debtor's discharge in bankruptcy, and states as follows:

1. The Debtor's Voluntary Petition was filed on June 6, 2007. On that same date, this court set September 10, 2007 as the deadline for filing objections to discharge. Docket No. 3.

2. The 341 creditors' meeting was initially commenced on July 10, 2007, and has been adjourned and continued from time to time by the Chapter 7 Interim Trustee.

3. Leave was granted on July 2, 2007, for Ravenswood Bank to conduct Bankruptcy Rule 2004 document discovery and the oral examination of the Debtor. Docket # 34.

4. Additional leave was granted on for Ravenswood Bank to conduct document discovery and oral examinations of third party witnesses. Docket # 66-73.

5. Ravenswood Bank has obtained documents, voluntarily or by subpoena, from the Debtor and at least six other sources. The Bank has also conducted witness interviews and taken oral examinations of three witnesses under oath.

6.   The oral examination of the Debtor commenced on August 17, 2007, and was recessed pending further investigation.

7.   Matters investigated to date have disclosed serious irregularities in a real estate transaction to which the Debtor was a party and for which Ravenswood Bank provided financing; irregularities in personal financial information disclosed to the Bank in the loan application process; and conflicting tax returns of the Debtor, among other things.

8.   On motion, this court previously granted two extensions of the deadline for filing adversary proceeding complaints to object to a discharge or determine the dischargeability of a debt. Docket #52, 97. The current deadline is January 9, 2008.

9.   Ravenswood Bank has been diligent in seeking documents and testimony from the Debtor and the witnesses. It is now prepared to resume the oral examination of the Debtor. It is anticipated that upon completion of the examination of the Debtor, Ravenswood Bank will likely have sufficient information with which to determine the nature of any claim it will file and the nature and extent of any complaints objecting to discharge or to determine the dischargeabilty of debt.

10.  Counsel for Ravenswood Bank has conferred with Debtor's counsel by telephone, and anticipates a date in mid-January, 2008 for resuming the Debtor's examination. Additional time following completion of the examination will be needed to assess the totality of the facts discovered to date and prepare further pleadings.

11.  Cause has been shown for an extension of time. Bankruptcy Rule 9006(b) (1) grants to this Court the authority to enlarge time.

Wherefore, for the reasons stated herein, Ravenswood Bank requests that this Court enter an order for an extension of time to file its claim and adversary complaints objecting to discharge

2

or to determine the dischargeability of debt by forty-five (45) days, or until February 23, 2008.

Ravenswood Bank prays for such other and further relief as this Court may deem appropriate.

Dated: December 26, 2007

Respectfully submitted,
Ravenswood Bank, an Illinois banking corporation

By: /s/ Edward J. Halper
     One of Its Attorneys

Edward J. Halper (#1107496)
Elizabeth J. Boddy (#6209768)
SHEFSKY & FROELICH, LTD.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000
Facsimile: (312) 527-4011
EHalper@shefskylaw.com
eboddy@shefskylaw.com
1070098_1

3